IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GLOBAL TUBING, LLC,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-03299 |
| **TENARIS COILED TUBES, LLC and TENARIS, S.A.,** | § § § § | **(Jury Trial Demanded)** |
| **Defendants.** | § § | |

## THE TENARIS DEFENDANTS' SUPPLEMENTAL NOTICE OF APPEAL

Notice is hereby given that Defendants Tenaris Coiled Tubes, LLC and Tenaris, S.A. ("Tenaris") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment entered by the Court on May 18, 2023 (ECF No. 586), and from any and all underlying and/or interlocutory decisions, judgments, orders, rulings, findings, instructions, opinions, and/or conclusions that merged into and became part of that Judgment, that shaped that Judgment, that are related to, pertinent to, or ancillary to that Judgment, and/or upon which that Judgment is based, including the Court's Order granting Plaintiff's Motion for Summary Judgment of Unenforceability of the Patents-in-Suit (ECF No. 567), the Court's Order granting Plaintiff's motion to compel (ECF No. 222), and the Court's Order striking portions of Defendants' experts' reports and granting Plaintiff's motion to rely on its expert's report (ECF No. 471).

Dated: May 19, 2023                                  Respectfully submitted,

                              By:   */s/ Gregg F. LoCascio, P.C.*
                                   Gregg F. LoCascio P.C.
                                   S.D. Texas Bar No. DC452814
                                   DC Bar No. 452814
                                   Attorney-in-Charge
                                   Matthew S. Owen
                                   S.D. Texas Bar No. 3599188
                                   Nathan S. Mammen (*pro hac vice*)
                                   Erin E. Cady (*pro hac vice*)
                                   Megan McGlynn (*pro hac vice*)
                                   **KIRKLAND & ELLIS LLP**
                                   1301 Pennsylvania Avenue, N.W.
                                   Washington, D.C. 20004
                                   Telephone: (202) 389-5000
                                   Facsimile: (202) 389-5200

                                   Anna G. Rotman
                                   Texas State Bar No. 24046761
                                   Daniel P. Gross (*pro hac vice*)
                                   Texas State Bar No. 24118400
                                   **KIRKLAND & ELLIS LLP**
                                   609 Main Street
                                   Houston, TX 77002
                                   Telephone: (713) 836-3600
                                   Facsimile: (713) 836-3601

                                   Leslie M. Schmidt *(pro hac vice)*
                                   Kylie Feger *(pro hac vice)*
                                   **KIRKLAND & ELLIS LLP**
                                   601 Lexington Avenue
                                   New York, NY 10022
                                   Telephone: (212) 446-4800
                                   Facsimile: (212) 446-4900

                                   Ingrid Peterson (*pro hac vice*)
                                   Drew Morrill *(pro hac vice)*
                                   **KIRKLAND & ELLIS LLP**
                                   555 South Flower Street
                                   Los Angeles, CA 90071
                                   Telephone: (213) 680-8400
                                   Facsimile: (213) 680-8500

Alma F. Shields
State Bar No. 24069800
Fed. ID No. 1087002
ashields@liskow.com
Wade T. Howard
State Bar No. 00787725
Fed. ID No. 17514
wthoward@liskow.com
Jillian Marullo
State Bar No. 24080504
Fed. ID No. 2119500
jmmarullo@liskow.com
**LISKOW & LEWIS**
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713)651-2900
Facsimile: (713)651-2908

*Attorneys for Defendants*
*Tenaris Coiled Tubes, LLC and Tenaris S.A*

**CERTIFICATE OF SERVICE**

I, Gregg F. LoCascio, P.C., an attorney of record in this matter, certify that on May 19, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system and via electronic mail to globaltubing@yettercoleman.com.

/s/ *Gregg F. LoCascio, P.C.*
Gregg F. LoCascio, P.C.